# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| **CASE NO.** 8:22-cv-1582-KKM-SPF | **DATE:** November 7, 2022 |
|---|---|
| **HONORABLE KATHRYN K. MIZELLE** | **COURTROOM:** 13B |
| **CHRISTIAN BRUCKNER, et al.,**<br><br>Plaintiffs,<br>v.<br>**JOSEPH R. BIDEN, JR., et al.,**<br><br>Defendants. | **PLAINTIFFS' COUNSEL**<br>Daniel Lennington<br><br>**DEFENSE COUNSEL**<br>Andrew Braniff<br>Robert Rich<br>Young Choi and Peter Plocki |
| **COURT REPORTER:** Becky Sabo | **DEPUTY CLERK:** Magaly Justiniano |
| **TIME:** 9:03 AM – 11:07 AM; 11:45 AM – 12:34 PM; 12:45 PM – 1:53 PM | **TOTAL:** 4 hours, 1 minute |

**PROCEEDINGS: MOTION HEARING RE PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION (DOC. 17)**

- Court called to order.
- Counsel state their appearances for the record.
- The parties argue their positions regarding the pending amended motion for preliminary injunction (Doc. 17).
- Court in recess.
- Court back in session.
- Argument continues.
- Court in recess.
- Court back in session.
- Continued argument regarding the pending amended motion for preliminary injunction.
- Court adjourned.
- Order to follow.